**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2250

BRIAN CHRISTOPHER ROBINSON,

Plaintiff – Appellant,

v.

CENTERS FOR DISEASE CONTROL AND PREVENTION; MICHAEL O.
LEVITT, Secretary of Health & Human Services; JULIE L.
GERBERDING, Director, Centers for Disease Control &
Prevention; RON TURSKI, Former Philadelphia Regional
Consultant National Regional Consultant Director Division of
STD Prevention Centers for Disease Control & Prevention;
MARTIN GOLDBERG, Former Program Manager, Philadelphia STD
Control Program, Consultant (Contractual) Philadelphia STD
Control Program; MELINDA SALMON, Program Manager,
Philadelphia STD Control Program; ROBERT JOHNSON, Director,
Outbreak Response Division of HIV / STD Virginia Department
of Health; JO VALENTINE, Coordinator, Syphilis Elimination
Program PDSB/ DSTDP/ NCHSTP Centers for Disease Control &
Prevention; BARBARA WILLS-HOOKS, Field & Operations Manager,
Centers for Disease Control in Philadelphia; MICHAEL
CASSELL, National Rapid Response Coordinator Centers for
Disease Control & Prevention; PATRICIA FULLBRIGHT, Field
Staff Administration, Official Timekeeper National Centers
for HIV, STD & TB Prevention Centers for Disease Control &
Prevention; JOHN DOUGLAS, M.D., Former Director, Division of
STD Prevention (NCHSTP) Centers for Disease Control &
Prevention; DAVID JOHNSON, National Rapid Response
Coordinator Centers for Disease Control & Prevention; LENA
CHATMAN, National Rapid Response Manager Centers for Disease
Control & Prevention; DAYNE COLLINS, Program Consultant,
Baltimore Maryland National Centers for HIV, STD & TB
Prevention Centers for Disease Control & Prevention; CARLTON
DUNCAN, Former Acting Deputy Chief Centers for Disease
Control & Prevention; MICHAEL MILNECK, Former Acting
Associate Director for Management & Operations National
Centers for HIV, STD & TB Prevention Centers for Disease
Control & Prevention; SUSAN DELISLE, Former Chief Program

Development National Centers for HIV, STD & TB Prevention Centers for Disease Control & Prevention; KIM SEECHUK, Former Deputy Chief National Centers for HIV, STD & TB Centers for Disease Control & Prevention; AUDREY DURR, Field Staff Personal National Centers for HIV, STD & TB Prevention Centers for Disease Control & Prevention; ALEX PHILLIPS, Assistant Program Manager Screening & Surveillance Philadelphia STD Control Program; ANTHONY GERARD, Lead Public Health Advisor (RRT) Philadelphia STD Control Program; CAROLYN TUNSTALL, Former Contractual Supervisor, Philadelphia STD Control Program Field Operations Manager National Centers for HIV, STD & TB Prevention Centers for Disease Control & Prevention; VERNON PRESSLEY, Former Supervisor, Philadelphia STD Control Program Lead Public Health Advisor National Centers for HIV, STD & TB Prevention Centers for Disease Control & Prevention,

Defendants – Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson Everett Legg, Chief District Judge. (1:07-cv-02102-BEL)

_____

Submitted: May 10, 2010                    Decided: June 8, 2010

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Christopher Robinson, Appellant Pro Se. Melanie Lisa Glickson, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Christopher Robinson appeals the district court's order granting Defendants' motion to dismiss his claim under the Equal Pay Act, 29 U.S.C. § 206(d) (2006), as well as his claims for wrongful termination, intentional infliction of emotional distress, and breach of contract, and denying his motion to stay the district court proceedings pending discovery and for issuance of a scheduling order. We have reviewed the record and find no reversible error. Accordingly, we deny Robinson's motions for oral argument and to refer "special matters" to the United States Attorney General, pursuant to Fed. R. Civ. P. 9(b), and affirm the district court's judgment. See Robinson v. Centers for Disease Control and Prevention, No. 1:07-cv-02102-BEL (D. Md. Sept. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED